**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____   Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Protocol Labs Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-1813583** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8394 Rushing Road East** <br> **Denham Springs, LA 70726** <br> Number, Street, City, State & ZIP Code | **PO Box 1227** <br> **Mandeville, LA 70470** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Livingston** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **protocol-labs.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Protocol Labs Inc.**                                            Case number (*if known*) _____
         Name

**7.** **Describe debtor's business**   A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**   ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**   ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

Debtor   **Protocol Labs Inc.**                                        Case number (*if known*) _____
         Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Protocol Labs Inc.**                                              Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 26, 2019**
               MM / DD / YYYY

**X** /s/ Roland Mayeux Jr.                               Roland Mayeux Jr.
Signature of authorized representative of debtor          Printed name

Title    **President**

---

**18. Signature of attorney**

**X** /s/ Robin R. De Leo                    Date  **June 26, 2019**
Signature of attorney for debtor                    MM / DD / YYYY

**Robin R. De Leo 20347**
Printed name

**The De Leo Law Firm, LLC**
Firm name

**800 Ramon St**
**Mandeville, LA 70448**
Number, Street, City, State & ZIP Code

Contact phone   **(985) 727-1664**      Email address   **lisa@northshoreattorney.com**

**20347 LA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Protocol Labs Inc.**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF LOUISIANA

Case number (if known)      _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■      *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■      *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■      *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■      *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■      *Schedule H: Codebtors* (Official Form 206H)

■      *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐      Amended *Schedule*

☐      *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐      Other document that requires a declaration      _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 26, 2019**      X **/s/ Roland Mayeux Jr.**
                                          Signature of individual signing on behalf of debtor

                                          **Roland Mayeux Jr.**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Protocol Labs Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF LOUISIANA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
       Copy line 88 from *Schedule A/B*..................................................................................    $      0.00

     1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*...............................................................................    $      3,175,314.00

     1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..................................................................................    $      3,175,314.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      290,257.03

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $      143.85

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$      1,588,809.51

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b      $      1,879,210.39

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Protocol Labs Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF LOUISIANA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2019** to **Filing Date** | ■ Operating a business ☐ Other  _____ | **$0.00** |
   | **For prior year:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other  _____ | **Unknown** |
   | **For year before that:** From  **1/01/2017** to **12/31/2017** | ■ Operating a business ☐ Other  _____ | **$100,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Protocol Labs Inc.** | Case number *(if known)* |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **ally** PO Box 380901 Bloomington, MN 55438 | **Ford Focus repossessed and sold to partially satisfy deficnecy** | 8/11/18 | $15,300.00 |
| **Gulf Coast Bank** c/o Newman Mathis 433 Metairie Road Metairie, LA 70005 | **took possession of leased premises and all assets located therein at 8394 Rushing Rd., East Bldg. Denham Springs, LA 70726** | 2018 | $1,150,000.00 |
| **Weiler & Rees, Counsel for Landlord** 7039 Highway 190 Covington, LA 70433 | **landlord changed locks on leased premises and retained all assets located therein at 2210 7th Street, Mandeville, LA** | 2018 | $25,000.00 |
| **Nissan Motor Acceptance Corporation** PO Box 650680 Dallas, TX 75265-0680 | **Nissan Sentra repossessed and sold 7/2018; VIN 3N1AB7AP2HY231604** | 7/2018 | $10,800.00 |
| **Nissan Motor Acceptance Corporation** PO Box 650680 Dallas, TX 75265-0680 | **Repossession and sale of 2017 Nissan Sentra (VIN 3N1AB7AP3HY259699)** | 6/27/18 | $9,800.91 |
| **Nissan Motor Acceptance Corporation** PO Box 650680 Dallas, TX 75265-0680 | **Repossession and sale of 2017 Nissan Sentra (3N1AB7APXHY223752)** | 6/27/2018 | $13,200.00 |
| **ally** PO Box 380902 Bloomington, MN 55438 | **Seizure and sale of Transit Minivan** | 7/2018 | Unknown |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

Debtor   **Protocol Labs Inc.**                                    Case number *(if known)*

---

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **McKesson Medical Surgical vs. Protocal Labs** | **collection on open account** | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Dr. Majid Moridani vs. Stone Clinical Laboratories 2016-10459** | **collection of court costs** | **Civil District Court 421 Loyola Ave New Orleans, LA 70112** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Gulf Coast Bank & Trust v. Protocal and Xcel Air Conditioning 160318** | **collection** | **24th JDC - Parish of Livingston** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Clyde Smalley vs. Protocal Labs 159359** | **collection** | **21st JDC Tangipahoa District PO Box 788 Amite, LA 70422** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.5. | **David B. Joseph v. Potocol Labs 159356** | **collections** | **21st JDC Tangipahoa District PO Box 788 Amite, LA 70422** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.6. | **Protocol Lab v. Smalley** | **fraud and damages to business entity (Hector Lopez is Debtor counsel)** | **22nd JDC State of Louisiana Parish of St Tammany 701 N. Columbia St. Covington, LA 70433** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

Debtor    **Protocol Labs Inc.**                                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **The De Leo Law Firm**<br>**Robin R. De Leo**<br>**800 Ramon Street**<br>**Mandeville, LA 70448** | | **5/29/2019** | **$5,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?**<br>**Roland Mayeux** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

| Debtor | **Protocol Labs Inc.** | Case number *(if known)* | |
|---|---|---|---|

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Bogalusa Collection Site Main Street Bogalusa, LA** | **Collection of specimen** | **numerous** |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **Liberty Storage Unit, 1820 N. Hwy 190, Covington, LA 70433** | How are records kept? *Check all that apply:* ☐ Electronically ■ Paper |
| 15.2. | **Mandeville Draw Center 2210 7th Street Suite A Mandeville, LA** | **specimen collection** | **numerous** |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **Liberty Storage, 1820 N. Hwy 190, Covington, LA 70433** | How are records kept? *Check all that apply:* ☐ Electronically ■ Paper |
| 15.3. | **Protocol Labs PO Box 1227 Mandeville, LA 70470** | **Lab diagnostic services** | **numerous** |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **Liberty Storage, 1820 N. Hwy 190, Covington, LA 70433** | How are records kept? *Check all that apply:* ☐ Electronically ■ Paper |

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**medical records, social security numbers, insurance information**

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.

☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

| Debtor | **Protocol Labs Inc.** | Case number *(if known)* |
|---|---|---|

moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Gulf Coast Bank & Trust**<br>**1110 Highway 190**<br>**Covington, LA 70433** | XXXX- | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Liberty Storage**<br>**1820 N. Hwy 190**<br>**Covington, LA 70433** | **Roland Mayeux** | **patient records** | ☐ No<br>☑ Yes |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

| Debtor | **Protocol Labs Inc.** | Case number *(if known)* | |
|---|---|---|---|

■ No.

☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Patrick Gros**<br>**651 River Highlands Blvd**<br>**Covington, LA 70433** | **2016 until present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Patrick Gros**<br>**651 River Highlands Blvd**<br>**Covington, LA 70433** | |

Debtor    **Protocol Labs Inc.**                                   Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.    **Roland Mayeux**<br>**PO Box 1227**<br>**Mandeville, LA 70470** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Roland Mayeux** | **PO Box 1227**<br>**Mandeville, LA 70470** | Owner | 100% shareholder |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Clyde L. Smalley, IV** | **Through Counsel Ron S. Macaluso**<br>**207 N. Cypress St.**<br>**PO Drawer 2828**<br>**Hammond, LA 70404** | CEO | |

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Debtor | **Protocol Labs Inc.** | Case number *(if known)* | |
|---|---|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 26, 2019**

**/s/ Roland Mayeux Jr.**                                          **Roland Mayeux Jr.**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Louisiana

In re   **Protocol Labs Inc.**

Case No. _____

Debtor(s)

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor   ■ Other (specify):   **100% owner Roland Mayeux**

4.  The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any adversary proceeding, relief from stay actions or motions to dismiss other than in 6 above.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 26, 2019**

*Date*

**/s/ Robin R. De Leo**
**Robin R. De Leo 20347**
*Signature of Attorney*
**The De Leo Law Firm, LLC**
**800 Ramon St**
**Mandeville, LA 70448**
**(985) 727-1664   Fax: (985) 727-4388**
**lisa@northshoreattorney.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    __Protocol Labs Inc._____    Case No. _____

                                     Debtor(s)           Chapter    __7_____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __June 26, 2019_____          __/s/ Roland Mayeux Jr._____

                                                   __Roland Mayeux Jr./President__
                                                   Signer/Title

United States Trustee
Texaco Center
400 Poydras Street
Suite 2110
New Orleans, LA 70130


Tax Collector/Sheriff
701 N Columbia St.
Parish of St. Tammany Courthouse
Covington, LA 70433


Equifax Credit Information Services, Inc
PO Box 740241
Atlanta, GA 30374


Chex Systems, Inc.
Attn:  Consumer Relations
7805 Hudson Road
STE 100
Saint Paul, MN 55125


TransUnion
2 Baldwin Place
Chester, PA 19022


Experian
Business Info Services
Costa Mesa, CA 92626


Experian
Business Info Services
Costa Mesa, CA 92626


IRS
PO Box 7346
Philadelphia, PA 19101-7346


A to Z Safe, Lock & Key
PO Box 1476
Mandeville, LA 70470


Advantage Recovery Group
52 Riley Road
#36
Celebration, FL 34747

Alltran Financial
PO Box 4043
Concord, CA 94524-4043


ally
PO Box 380902
Bloomington, MN 55438


American Proficency Institutte
PO BOX 9526
Lansing, MI 48909


American Public Life
P. O. Box 925
Jackson, MS 39205-0925


Amerihealth Caritas Louisiana
Market President
10000 Perkins Rowe
Block G, 4th Floor
Baton Rouge, LA 70810


AMS
PO BOX 540
Fair Lawn, NJ 07410


Archer Diagnostics
58 St. Mark Rd
Taylors, SC 29687


AT&T
PO Box 5014
Carol Stream, IL 60197


Atlas Global Trade Solutions
2400 Veterans Memorial Blvd.
Suite 300
Kenner, LA 70062


Atmos Energy
PO Box 790311
Saint Louis, MO 63179-0311

Authentic Exterminating, Inc.
PO Box 9102
Mandeville, LA 70470-9102


Barrett Linam Through Counsel
Charles W. Herold III
Hudson, Potts & Bernstein
1800 Hudson Lane, Suite 300
Monroe, LA 71210


Beckman Coulter
PO BOX 8000
San Juan, PR 00928-2200


Beckman Coulter
Department CH 10164
Palatine, IL 60055


Bernstein Burkley
707 Grant Street, Suite 2200 Gulf Tower
Pittsburgh, PA 15219


Bio-Rad Laboratories, Inc.
PO Box 849740
Los Angeles, CA 90084


Bogalusa office


Bridgenet Technology Consultants LLC
381 Hwy 21
Suite 204
Madisonville, LA 70447


Brinks Home Security
Dept. CH 8628
Palatine, IL 60055


Caine & Weiner
1699 East Woodfield Road
#360
Schaumburg, IL 60173

Caine & Weiner
PO Box 5010
Sherman Oaks, CA 91413


Canal HR
2955 Ridgelake Drive
Metairie, LA 70002


Canal HR
2955 Ridgelake Drive
Suite 112
Metairie, LA 70002


Canon Financial Services
158 Gaither Drive
Mount Laurel, NJ 08054


Cardinal Health
Through counsel Newman Mathis
433 Metairie Rd
Metairie, LA 70005


CCB Credit Services, Inc.
PO Box 272
Springfield, IL 62705


Chad Miller
1432 Borgne Ave
Bogalusa, LA 70427


Charter Communications
PO Box 742614
Cincinnati, OH 45274-2614


Chevron and Texaco Business Card Service
PO Box 70887
Charlotte, NC 28272-0887


Chevron/ Texaco Business Card
POB 921729
Norcross, GA 30010

Citibank
Student Loan Customer Services
PO Box  6191
Sioux Falls, SD 57117-6191


Cleco
PO Box 660228
Dallas, TX 75266


Clinical Pathology Lab
PO Box 141669
Austin, TX 78714


Clyde L. Smalley, IV
Through Counsel Ron S. Macaluso
207 N. Cypress St.
PO Drawer 2828
Hammond, LA 70404


CompuGroup
10715 Red Run Blvd, Suite 101
Owings Mills, MD 21117


Convergent
800 SW Street
PO Box 9004
Renton, WA 98057


Coverall
2955 Momentum Place
Chicago, IL 60689


Cox Business
PO Box 919243
Dallas, TX 75391-9243


CPL
PO Box 141669
Austin, TX 78714


credence
PO BOX 2238
Southgate, MI 48195

Credit Control LLC
PO Box 34111
Memphis, TN 38184-0111


Creditor Recovery Systems
212 West St Charles
Villa Park, IL 60181


CST Co
PO Box 33127
Louisville, KY 40232


David B. Joseph
c/o Ron S. Macaluso
PO Drawer 2828
Hammond, LA 70404


Dell Business Credit
PO Box 5275
Carol Stream, IL 60197


Dr. Malcomn Andry
1000 Ochsner Blvd.
Covington, LA 70433


Edward A. Ready, Counsel
NOLA Broadband
3350 Ridgelake Dr.
Suite 295
Metairie, LA 70002


Entergy
PO Box 8108
Baton Rouge, LA 70891


Express Waste Solutions
8636 Florida Blvd
Denham Springs, LA 70726


First Data Global Lease
PO Box 8879
Coral Springs, FL 33075

First Data Global Lease
4000 Coral Ridge Drive
Pompano Beach, FL 33065


First Date Merchant Services
First Data Global Leasing
P.O. Box 407092
Fort Lauderdale, FL 33340


Forest Cressey Law Group
365 Canal Street, Suite 1475
New Orleans, LA 70130


General Health System
8585 Picardy Ave.
Baton Rouge, LA 70809


GNOS Medical
1130 Hurricane Shoals Road, NE
Suite 400
Lawrenceville, GA 30043


Gulf Coast Bank
c/o Newman Mathis
433 Metairie Road
Metairie, LA 70005


Gulf Coast Bank & Trust
Newman Mathis Brady & Spedale
Attn. Wayne Maiorana Jr.
433 Metairie Road, Suite 600
Metairie, LA 70005


Gulf Coast Bank & Trust
200 St. Charles Ave
New Orleans, LA 70130


Gulf Coast Bank and Trust Company
c/o Wayne A. Maiorana, Jr.
Newman, Mathis, Brady, & Spedale
433 Metairie Road, Suite 600
Metairie, LA 70005


Healthcare Service Corporation
PO Box 665730
Dallas, TX 75265

Hector Lopez
2210 7th Street
Mandeville, LA 70471


Hunter Warfield
4620 Woodland Corporate blvd
Tampa, FL 33614


IC System
444 Highway 96 East
Saint Paul, MN 55164


Internal Revenue Service
Memphis, TN 37501


IPFS Corporation
2777 Allen Parkway
Suite 550
Houston, TX 77019


JL BillingLLC
Attention Rick Epstein
S67 W 18863 Stepplechase Drive
Muskego, WI 53150


JL BillingLLC
Attention Rick Epstein
S67 W18863 Steeplechase Drive
Muskego, WI 53150


LEAF
PO Box 742647
Cincinnati, OH 45274-2647


Liberty Health Share
4845 Fulton Road NW
Canton, OH 44718


Liberty Mutual Insurance
PO Box 3200
New York, NY 10116

Liberty Mutual Insurance
PO BOX 85844
San Diego, CA 92186

Lighthouse Recruiting
9204 Eisendhower Drive Suite 100
Apex, NC 27539

Lodestar Co.
H.R. Lopez APLC
PO Box 2656
Covington, LA 70434

Louisiana Department of Revenue
Collection Division
P. O. Box 201
Baton Rouge, LA 70821-0201

Louisiana State University System Health
204 Thomas Boyd Hall
Baton Rouge, LA 70803

McCarthy Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146

McKesson
9954 Maryland Drive
Suite 4000
Richmond, VA 23233

McKesson Medical
through counsel Newman Mathis
433 Metairie Road
Metairie, LA 70005

McKesson Medical-Surgical
9954 Mayland Drive
Suite 4000
Richmond, VA 23233

Merchant Services
12202 Airport Way
Suite 100
Broomfield, CO 80021

```
Moni Security
Department Ch 8628
Palatine, IL 60055


MRS
1930 Olney Ave
Cherry Hill, NJ 08003


MRS BPO
1930 Olney Ave
Cherry Hill, NJ 08003


NOLA BroadBand
1612 Barataria Blvd
Marrero, LA 70072


Northstar Location Services
4285 Genesee St
Cheektowaga, NY 14225-1943


Office Depot Buisness Card
PO Box 78004
Phoenix, AZ 85062


Pitney Bowes
2225 American Dr
Neenah, WI 54956


Premier Laboratory Services
Attn. Majid Moridani
5729 Lebanon Rd.
Suite 144, #246
Frisco, TX 75034


PRS
PO Box 415000
Nashville, TN 37229


Ready Lawfirm
2103 5th Street
Meridian, MS 39301
```

```
Recceivable Management Corporation
400 West Cummins
Suite 4450
Woburn, MA 01801


Receivable Collection Services
170 Jericho Turnpike
Suite 204
Floral Park, NY 11010


Regional Adjustment Bureau
PO BOX 34111
Memphis, TN 38184


Revenue Cycle Solutions - Steve Perry
610Coit Road #200
Plano, TX 75075


Ronald Harris
321 N. Vermont Street
Suite 210
Covington, LA 70433


SBA
10737 Gateway West Suite 300
El Paso, TX 79935


SBA
PO Box 740192
Atlanta, GA 30374-0192


SBA
200 W Santa Ana Blvd. Ste 740
Santa Ana, CA 92701


Shred-It USA
28883 Network Place
Chicago, IL 60673


Siemens Healthineers
PO BOX 6101
Newark, DE 19714
```

Southweat Credit
PO BOX 1280
Oaks, PA 19456


SRA Associates
401 Minnetonka Rd.
Somerdale, NJ 08083


Stone Clinical Laboratories LLC
Through Counsel Diana Suprenant
701 Poydras Street
Suite 4500
New Orleans, LA 70139


Sunrise Credit Services
PO Box 9100
Farmingdale, NY 11735


TD Auto Finance
PO Box 997551
Sacramento, CA 95899-7551


The Office Market
68486 Highway 59
Mandeville, LA 70471


U..S. Small Business Administration
Attn Legal Dept
14925 Kingsport Rd.
Fort Worth, TX 76155-2243


Uline
PO Box 88741
Chicago, IL 60680-1741


United Healthcare
Richardson/Springfield Serv. Ctr
PO Box 30555
Salt Lake City, UT 84130


Valentine and Kabratas, LLC
PO Box 325
Lawrence, MA 01842

```
WC of Louisiana Northshore District
63206 Highway 434
Lacombe, LA 70445-3204


Weiler & Rees, Counsel for landlord
7039 Highway 190
Covington, LA 70433


Williams & Williams
Counsel for Chevron/Texaco Bus Card
1612 N.E. Expressway
Atlanta, GA 30329


Wyman E. Bankston
13922 Florida Blvd
Livingston, LA 70754


Wyman E. Bankston/ Curator for Protoocol
13922 Florida Blvd
Livingston, LA 70754


Xcel Air Conditioning Services, Inc.
269 West Causeway Approach
Mandeville, LA 70471
```

# United States Bankruptcy Court
### Eastern District of Louisiana

In re   **Protocol Labs Inc.**

Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Protocol Labs Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Roland Mayeux**
**PO Box 1227**
**Mandeville, LA 70470**

☐ None [*Check if applicable*]

**June 26, 2019**

Date

**/s/ Robin R. De Leo**

**Robin R. De Leo 20347**

Signature of Attorney or Litigant

Counsel for   **Protocol Labs Inc.**

**The De Leo Law Firm, LLC**
**800 Ramon St**
**Mandeville, LA 70448**
**(985) 727-1664 Fax:(985) 727-4388**
**lisa@northshoreattorney.com**