**Fill in this information to identify the case:**

Debtor name: **Protocol Labs Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Gulf Coast Bank & Trust**<br>Creditor's Name<br>**Newman Mathis Brady & Spedale**<br>**Attn. Wayne Maiorana Jr.**<br>**433 Metairie Road, Suite 600**<br>**Metairie, LA 70005**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**lab testing equipment incuding Beckman DxH600, Sysmex CA 620 and a Clinitek Advantus (located in building seized by Gulf States Bank)**<br><br>Describe the lien<br>**purchase money equipement finance agreement**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $94,470.00 | $150,000.00 |
| **2.2** **U..S. Small Business Administration**<br>Creditor's Name<br><br>**Attn Legal Dept**<br>**14925 Kingsport Rd.**<br>**Fort Worth, TX 76155-2243**<br>Creditor's mailing address<br><br>Creditor's email address, if known | Describe debtor's property that is subject to a lien<br>**office furniture, fixtures, computers, 2 Cannon Copy machines; phone systems and equipment seized by landlord for failure to pay rent on leased office located at 2210 7th Street, Mandeville, LA 70471; counsel for landlord is Weiler & Rees,**<br><br>Describe the lien<br>**UCC**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | $195,787.03 | $25,000.00 |

Debtor **Protocol Labs Inc.**
        Name

Case number (if know)

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/9/2017**

**Last 4 digits of account number**
**2685**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$290,257.03**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **SBA**<br>**200 W Santa Ana Blvd. Ste 740**<br>**Santa Ana, CA 92701** | Line **2.2** | |
| **Wyman E. Bankston/ Curator for Protoocol**<br>**13922 Florida Blvd**<br>**Livingston, LA 70754** | Line **2.1** | |