**Fill in this information to identify the case:**

Debtor name: **Protocol Labs Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): 

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address: **Internal Revenue Service, Memphis, TN 37501**<br>As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent ☐ Unliquidated ☐ Disputed<br>Date or dates debt was incurred:<br>Last 4 digits of account number:<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)<br>Basis for the claim:<br>Is the claim subject to offset? ☒ No ☐ Yes | | $1.00 | $0.00 |
| 2.2 | Priority creditor's name and mailing address: **Louisiana Department of Revenue, Collection Division, P. O. Box 201, Baton Rouge, LA 70821-0201**<br>As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent ☐ Unliquidated ☐ Disputed<br>Date or dates debt was incurred: **12/31/2017**<br>Last 4 digits of account number **1200**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)<br>Basis for the claim: **corporate income and franchise taxes**<br>Is the claim subject to offset? ☒ No ☐ Yes | | $142.85 | $142.85 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor **Protocol Labs Inc.**  
        Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**A to Z Safe, Lock & Key**<br>**PO Box 1476**<br>**Mandeville, LA 70470**<br>Date(s) debt was incurred **1/25/17**<br>Last 4 digits of account number **1443** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$142.50** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Advantage Recovery Group**<br>**52 Riley Road**<br>**#36**<br>**Celebration, FL 34747**<br>Date(s) debt was incurred **10/22/18**<br>Last 4 digits of account number **0006** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **original creditor Collaborate MD**<br>Is the claim subject to offset? ■ No ☐ Yes | **$165.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Alltran Financial**<br>**PO Box 4043**<br>**Concord, CA 94524-4043**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,034.91** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**ally**<br>**PO Box 380902**<br>**Bloomington, MN 55438**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **5943** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **deficency following repo**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,034.00** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**American Proficency Institutte**<br>**PO BOX 9526**<br>**Lansing, MI 48909**<br>Date(s) debt was incurred **034541**<br>Last 4 digits of account number **9312** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,701.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**AMS**<br>**PO BOX 540**<br>**Fair Lawn, NJ 07410**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **7812** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **BUsiness Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$600.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**AT&T**<br>**PO Box 5014**<br>**Carol Stream, IL 60197**<br>Date(s) debt was incurred **11/27/18**<br>Last 4 digits of account number **5915** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **phone bill**<br>Is the claim subject to offset? ■ No ☐ Yes | **$176.50** |

Debtor **Protocol Labs Inc.**     Case number (if known)
     Name

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Atmos Energy**<br>PO Box 790311<br>Saint Louis, MO 63179-0311<br><br>Date(s) debt was incurred **5/29/18**<br>Last 4 digits of account number **4222** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$132.04** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Authentic Exterminating, Inc.**<br>PO Box 9102<br>Mandeville, LA 70470-9102<br><br>Date(s) debt was incurred **4/2/18**<br>Last 4 digits of account number **2400** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$104.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Barrett Linam Through Counsel**<br>Charles W. Herold III<br>Hudson, Potts & Bernstein<br>1800 Hudson Lane, Suite 300<br>Monroe, LA 71210<br><br>Date(s) debt was incurred **11/4/2017**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **unpaid wages**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$960.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Beckman Coulter**<br>PO BOX 8000<br>San Juan, PR 00928-2200<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,496.89** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Bernstein Burkley**<br>707 Grant Street, Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$362,162.22** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Bio-Rad Laboratories, Inc.**<br>PO Box 849740<br>Los Angeles, CA 90084<br><br>Date(s) debt was incurred **3/5/19**<br>Last 4 digits of account number **2625** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **balance due**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$577.79** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Bridgenet Technology Consultants LLC**<br>381 Hwy 21<br>Suite 204<br>Madisonville, LA 70447<br><br>Date(s) debt was incurred **1/26/18**<br>Last 4 digits of account number **3029** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Battery Back Up & Surge Protector**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$137.74** |

Debtor **Protocol Labs Inc.**  
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Bridgenet Technology Consultants LLC**<br>**381 Hwy 21**<br>**Suite 204**<br>**Madisonville, LA 70447**<br>Date(s) debt was incurred **1/15/18**<br>Last 4 digits of account number **2963** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Virtual CIO & 3rd Alignment Investment Installation**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,569.00** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Brinks Home Security**<br>**Dept. CH 8628**<br>**Palatine, IL 60055**<br>Date(s) debt was incurred **8/12/18**<br>Last 4 digits of account number **7632** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Security System**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,017.79** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Caine & Weiner**<br>**1699 East Woodfield Road**<br>**#360**<br>**Schaumburg, IL 60173**<br>Date(s) debt was incurred **3/11/19**<br>Last 4 digits of account number **7763** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **for Liberty Mutual Insurance**<br>Is the claim subject to offset? ■ No ☐ Yes | **$349.08** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Caine & Weiner**<br>**PO Box 5010**<br>**Sherman Oaks, CA 91413**<br>Date(s) debt was incurred **6/4/18**<br>Last 4 digits of account number **2424** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **for Pitney Bowes - Purchase Power**<br>Is the claim subject to offset? ■ No ☐ Yes | **$713.70** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Canal HR**<br>**2955 Ridgelake Drive**<br>**Metairie, LA 70002**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Canal HR**<br>**2955 Ridgelake Drive**<br>**Suite 112**<br>**Metairie, LA 70002**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Canon Financial Services**<br>**158 Gaither Drive**<br>**Mount Laurel, NJ 08054**<br>Date(s) debt was incurred **12/18/18**<br>Last 4 digits of account number **4001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,652.31** |

Debtor **Protocol Labs Inc.**     Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Cardinal Health**<br>**Through counsel Newman Mathis**<br>**433 Metairie Rd**<br>**Metairie, LA 70005**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** open account<br>Is the claim subject to offset? ■ No  ☐ Yes | **$55,157.55** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**CCB Credit Services, Inc.**<br>**PO Box 272**<br>**Springfield, IL 62705**<br>Date(s) debt was incurred **4/11/19**<br>Last 4 digits of account number **0001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** for Nissan Motor Acceptance Corp.<br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,503.91** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Chad Miller**<br>**1432 Borgne Ave**<br>**Bogalusa, LA 70427**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** dated 9/25/2018 by Bogalusa City Court, Washington Parish, LA<br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,650.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Charter Communications**<br>**PO Box 742614**<br>**Cincinnati, OH 45274-2614**<br>Date(s) debt was incurred **5/2018**<br>Last 4 digits of account number **5891** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** services<br>Is the claim subject to offset? ■ No  ☐ Yes | **$601.74** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Chevron and Texaco Business Card Service**<br>**PO Box 70887**<br>**Charlotte, NC 28272-0887**<br>Date(s) debt was incurred __<br>Last 4 digits of account number **6283** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** balance due on open account<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,538.59** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Citibank**<br>**Student Loan Customer Services**<br>**PO Box 6191**<br>**Sioux Falls, SD 57117-6191**<br>Date(s) debt was incurred __<br>Last 4 digits of account number **8778** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,320.68** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Cleco**<br>**PO Box 660228**<br>**Dallas, TX 75266**<br>Date(s) debt was incurred __<br>Last 4 digits of account number **5006** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No  ☐ Yes | **$253.07** |

Debtor **Protocol Labs Inc.**            Case number (if known)
      Name

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Clinical Pathology Lab**<br>**PO Box 141669**<br>**Austin, TX 78714**<br><br>Date(s) debt was incurred **12/31/18**<br>Last 4 digits of account number **7182** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$46.86** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Clinical Pathology Lab**<br>**PO Box 141669**<br>**Austin, TX 78714**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **7182** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20,874.75** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Clyde L. Smalley, IV**<br>**Through Counsel Ron S. Macaluso**<br>**207 N. Cypress St.**<br>**PO Drawer 2828**<br>**Hammond, LA 70404**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Judgment in 21st JDC dated March 11, 2019, Case No. 159359**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$44,231.00** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**CompuGroup**<br>**10715 Red Run Blvd, Suite 101**<br>**Owings Mills, MD 21117**<br><br>Date(s) debt was incurred **4/6/2018**<br>Last 4 digits of account number **8892** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$13,650.12** |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Convergent**<br>**800 SW Street**<br>**PO Box 9004**<br>**Renton, WA 98057**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1239** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Business Debt-Entergy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$290.88** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Coverall**<br>**2955 Momentum Place**<br>**Chicago, IL 60689**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **7812** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$600.00** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Cox Business**<br>**PO Box 919243**<br>**Dallas, TX 75391-9243**<br><br>Date(s) debt was incurred **2/16/2018**<br>Last 4 digits of account number **6801** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$639.75** |

Debtor **Protocol Labs Inc.**  Case number (if known)
       Name

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**CPL**<br>**PO Box 141669**<br>**Austin, TX 78714**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**credence**<br>**PO BOX 2238**<br>**Southgate, MI 48195**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **BUsiness Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$341.12** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Credit Control LLC**<br>**PO Box 34111**<br>**Memphis, TN 38184-0111**<br><br>Date(s) debt was incurred **9/26/18**<br>Last 4 digits of account number **5227** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **collections for Nissan**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,995.41** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Creditor Recovery Systems**<br>**212 West St Charles**<br>**Villa Park, IL 60181**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **5163** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **American Proficency Institute -Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$443.00** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**CST Co**<br>**PO Box 33127**<br>**Louisville, KY 40232**<br><br>Date(s) debt was incurred **9/7/18**<br>Last 4 digits of account number **1162** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Claim No. (1270161)-70 for Evoqua Water Technologies**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,429.92** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**David B. Joseph**<br>**c/o Ron S. Macaluso**<br>**PO Drawer 2828**<br>**Hammond, LA 70404**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Judgment dated March 11, 2019 in 21st JDC, Livingston Parish, Case No. 159356**<br>Is the claim subject to offset? ■ No ☐ Yes | **$58,599.00** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Dell Business Credit**<br>**PO Box 5275**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **5117** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,307.00** |

Debtor **Protocol Labs Inc.**  Case number (if known) _____
     Name

| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Edward A. Ready, Counsel**<br>**NOLA Broadband**<br>**3350 Ridgelake Dr.**<br>**Suite 295**<br>**Metairie, LA 70002**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** **alleged damages for breach of service contract with NOLA broadband**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$33,000.00** |
|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Entergy**<br>**PO Box 8108**<br>**Baton Rouge, LA 70891**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **9206** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Business Debt**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$201.06** |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Excel A/C Services Inc.**<br>**689 Bocage Lane**<br>**Mandeville, LA 70448**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Express Waste Solutions**<br>**8636 Florida Blvd**<br>**Denham Springs, LA 70726**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **5704** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **services**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$728.00** |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**First Data Global Lease**<br>**PO Box 8879**<br>**Coral Springs, FL 33075**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1888** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**First Date Merchant Services**<br>**First Data Global Leasing**<br>**P.O. Box 407092**<br>**Fort Lauderdale, FL 33340**<br><br>Date(s) debt was incurred **5/25/18**<br>Last 4 digits of account number **5704** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **services**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$705.80** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**General Health System**<br>**8585 Picardy Ave.**<br>**Baton Rouge, LA 70809**<br><br>Date(s) debt was incurred **10/16/18**<br>Last 4 digits of account number **0791** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Virtual credit card No. XXX3701 for MasterCard**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$42.21** |

Debtor **Protocol Labs Inc.**                                                                    Case number (if known) _____
             Name

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**GNOS Medical**<br>**1130 Hurricane Shoals Road, NE**<br>**Suite 400**<br>**Lawrenceville, GA 30043**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Gulf Coast Bank**<br>**c/o Newman Mathis**<br>**433 Metairie Road**<br>**Metairie, LA 70005**<br>Date(s) debt was incurred __<br>Last 4 digits of account number **6534** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **unsecured loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$83,528.66** |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Gulf Coast Bank & Trust**<br>**200 St. Charles Ave**<br>**New Orleans, LA 70130**<br>Date(s) debt was incurred __<br>Last 4 digits of account number **XX48** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,795.98** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Gulf Coast Bank and Trust Company**<br>**c/o Wayne A. Maiorana, Jr.**<br>**Newman, Mathis, Brady, & Spedale**<br>**433 Metairie Road, Suite 600**<br>**Metairie, LA 70005**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **liabiliity on promissory note secured by real property owned by Xcel Air Conditioning**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$300,000.00** |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Healthcare Service Corporation**<br>**PO Box 665730**<br>**Dallas, TX 75265**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Blue Cross Blue Shield for 2018**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,060.21** |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Hector Lopez**<br>**2210 7th Street**<br>**Mandeville, LA 70471**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Hunter Warfield**<br>**4620 Woodland Corporate blvd**<br>**Tampa, FL 33614**<br>Date(s) debt was incurred **3/19/19**<br>Last 4 digits of account number **5187** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **retained by First Data Global Leasing**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$865.28** |

Debtor  **Protocol Labs Inc.**　　　　　　　　　　　　　　　　　　Case number (if known) ＿＿＿＿＿
　　　　　Name

| 3.57 | **Nonpriority creditor's name and mailing address**<br>**IC System**<br>**444 Highway 96 East**<br>**Saint Paul, MN 55164**<br><br>Date(s) debt was incurred  **3/16/19**<br>Last 4 digits of account number  **1001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **from ATT Wireline**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$518.34** |
|---|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**IC System**<br>**444 Highway 96 East**<br>**Saint Paul, MN 55164**<br><br>Date(s) debt was incurred  **3/12/19**<br>Last 4 digits of account number  **1581** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **from ATT Wireline**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$462.60** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**IPFS Corporation**<br>**2777 Allen Parkway**<br>**Suite 550**<br>**Houston, TX 77019**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$9,887.17** |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**JL BillingLLC**<br>**Attention Rick Epstein**<br>**S67 W 18863 Stepplechase Drive**<br>**Muskego, WI 53150**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **potential liability for Billing Service Agreement**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**LEAF**<br>**PO Box 742647**<br>**Cincinnati, OH 45274-2647**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$140.22** |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Liberty Health Share**<br>**4845 Fulton Road NW**<br>**Canton, OH 44718**<br><br>Date(s) debt was incurred  **1/29/19**<br>Last 4 digits of account number  **9035** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **request for reimbursement for multiple patients**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Liberty Mutual Insurance**<br>**PO Box 3200**<br>**New York, NY 10116**<br><br>Date(s) debt was incurred  **1/15/19**<br>Last 4 digits of account number  **1300** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **remaining balance on a cancelled or expired policy**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$349.08** |

Debtor **Protocol Labs Inc.**     Case number (if known) _____
        Name

| | | |
|---|---|---|
| **3.64** | **Nonpriority creditor's name and mailing address**<br>**Louisiana State University System Health**<br>**204 Thomas Boyd Hall**<br>**Baton Rouge, LA 70803**<br>Date(s) debt was incurred **10/16/18**<br>Last 4 digits of account number **6069** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Virtual credit card No. XXX3727 through MasterCard**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.65** | **Nonpriority creditor's name and mailing address**<br>**Louisiana State University System Health**<br>**204 Thomas Boyd Hall**<br>**Baton Rouge, LA 70803**<br>Date(s) debt was incurred **10/16/18**<br>Last 4 digits of account number **6068** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Virtual credit card No. XXX3719 for MasterCard**<br>Is the claim subject to offset? ■ No ☐ Yes | **$121.76** |
| **3.66** | **Nonpriority creditor's name and mailing address**<br>**McCarthy Burgess & Wolff**<br>**26000 Cannon Road**<br>**Cleveland, OH 44146**<br>Date(s) debt was incurred **1/7/19**<br>Last 4 digits of account number **5461** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **requested from Pitney Bowes**<br>Is the claim subject to offset? ■ No ☐ Yes | **$921.49** |
| **3.67** | **Nonpriority creditor's name and mailing address**<br>**McKesson**<br>**9954 Maryland Drive**<br>**Suite 4000**<br>**Richmond, VA 23233**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **4541** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **medical services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$177,275.10** |
| **3.68** | **Nonpriority creditor's name and mailing address**<br>**Merchant Services**<br>**12202 Airport Way**<br>**Suite 100**<br>**Broomfield, CO 80021**<br>Date(s) debt was incurred **4/18**<br>Last 4 digits of account number **3384** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$73.75** |
| **3.69** | **Nonpriority creditor's name and mailing address**<br>**Moni Security**<br>**Department Ch 8628**<br>**Palatine, IL 60055**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **7632** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$582.40** |
| **3.70** | **Nonpriority creditor's name and mailing address**<br>**MRS BPO**<br>**1930 Olney Ave**<br>**Cherry Hill, NJ 08003**<br>Date(s) debt was incurred **12/27/18**<br>Last 4 digits of account number **2226** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **original creditor is TD Auto Finance LLC**<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,657.14** |

Debtor   **Protocol Labs Inc.**                                                                            Case number (if known)
         Name

| | | |
|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**NOLA BroadBand**<br>**1612 Barataria Blvd**<br>**Marrero, LA 70072**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Northstar Location Services**<br>**4285 Genesee St**<br>**Cheektowaga, NY 14225-1943**<br>Date(s) debt was incurred __<br>Last 4 digits of account number **0000** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **collections for First Data Global Leasing; file number 286687**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$862.00** |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Northstar Location Services**<br>**4285 Genesee St**<br>**Cheektowaga, NY 14225-1943**<br>Date(s) debt was incurred **4/3/19**<br>Last 4 digits of account number **4718** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **referred to their office by Ally Financial**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,034.91** |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**Office Depot Buisness Card**<br>**PO Box 78004**<br>**Phoenix, AZ 85062**<br>Date(s) debt was incurred __<br>Last 4 digits of account number **8778** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$749.00** |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**Pitney Bowes**<br>**2225 American Dr**<br>**Neenah, WI 54956**<br>Date(s) debt was incurred **4/8/19**<br>Last 4 digits of account number **1394** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **rental invoice #1012555323**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$81.87** |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**Premier Laboratory Services**<br>**Attn. Majid Moridani**<br>**5729 Lebanon Rd.**<br>**Suite 144, #246**<br>**Frisco, TX 75034**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **potential damages from breach of Management Services Agreement**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**PRS**<br>**PO Box 415000**<br>**Nashville, TN 37229**<br>Date(s) debt was incurred **1/3/19**<br>Last 4 digits of account number **5872** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **representing Aetna**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$103.11** |

Debtor **Protocol Labs Inc.**      Case number (if known)
      Name

| | | |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**Recceivable Management Corporation**<br>**400 West Cummins**<br>**Suite 4450**<br>**Woburn, MA 01801**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **9720** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $4,651.61 |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**Regional Adjustment Bureau**<br>**PO BOX 34111**<br>**Memphis, TN 38184**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,995.41 |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**Revenue Cycle Solutions - Steve Perry**<br>**610Coit Road #200**<br>**Plano, TX 75075**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Ronald Harris**<br>**321 N. Vermont Street**<br>**Suite 210**<br>**Covington, LA 70433**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**SBA**<br>**10737 Gateway West Suite 300**<br>**El Paso, TX 79935**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **5000** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **disaster loan deficency**<br>Is the claim subject to offset? ■ No ☐ Yes | $194,787.00 |
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**Shred-It USA**<br>**28883 Network Place**<br>**Chicago, IL 60673**<br>Date(s) debt was incurred **11/22/18**<br>Last 4 digits of account number **7786** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **shredding services invoice**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,396.73 |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**Siemens Healthineers**<br>**PO BOX 6101**<br>**Newark, DE 19714**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,695.08 |

Debtor **Protocol Labs Inc.** Case number (if known) _____
      Name

| 3.85 | **Nonpriority creditor's name and mailing address**<br>**SRA Associates**<br>**401 Minnetonka Rd.**<br>**Somerdale, NJ 08083**<br><br>Date(s) debt was incurred **2/6/19**<br>Last 4 digits of account number **5078** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **representing Dell Financial Services LLC**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,875.69** |
|---|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address**<br>**Stone Clinical Laboratories LLC**<br>**Through Counsel Diana Suprenant**<br>**701 Poydras Street**<br>**Suite 4500**<br>**New Orleans, LA 70139**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Legal liability for law suit to assess costs of litigation**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,725.00** |
| 3.87 | **Nonpriority creditor's name and mailing address**<br>**TD Auto Finance**<br>**PO Box 997551**<br>**Sacramento, CA 95899-7551**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **4934** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **deficency on vehicle contract following repossessioon and sale**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,657.14** |
| 3.88 | **Nonpriority creditor's name and mailing address**<br>**The Office Market**<br>**68486 Highway 59**<br>**Mandeville, LA 70471**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **9320** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,828.93** |
| 3.89 | **Nonpriority creditor's name and mailing address**<br>**Uline**<br>**PO Box 88741**<br>**Chicago, IL 60680-1741**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1650** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,815.38** |
| 3.90 | **Nonpriority creditor's name and mailing address**<br>**United Healthcare**<br>**Richardson/Springfield Serv. Ctr**<br>**PO Box 30555**<br>**Salt Lake City, UT 84130**<br><br>Date(s) debt was incurred **1/12/19**<br>Last 4 digits of account number **9268** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **requesting a refund in regards to health care services provided to Della Johnson on 12/5/17**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$63.30** |
| 3.91 | **Nonpriority creditor's name and mailing address**<br>**Valentine and Kabratas, LLC**<br>**PO Box 325**<br>**Lawrence, MA 01842**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **9915** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,097.22** |

Debtor **Protocol Labs Inc.**  Case number (if known) _____
           Name

| | | |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address**<br>**WC of Louisiana Northshore District**<br>**63206 Highway 434**<br>**Lacombe, LA 70445-3204**<br>Date(s) debt was incurred **6/1/18**<br>Last 4 digits of account number **7143** | **As of the petition filing date, the claim is:** Check all that apply.   $154.06<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **services**<br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.93 | **Nonpriority creditor's name and mailing address**<br>**Weiler & Rees, Counsel for landlord**<br>**7039 Highway 190**<br>**Covington, LA 70433**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.   $117,119.00<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **claim for breach of office lease located at 2210 7th Street, Mandeville, LA 70471**<br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.94 | **Nonpriority creditor's name and mailing address**<br>**Xcel Air Conditioning Services, Inc.**<br>**269 West Causeway Approach**<br>**Mandeville, LA 70471**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.   Unknown<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes |

**Part 3:  List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **American Public Life**<br>**P. O. Box 925**<br>**Jackson, MS 39205-0925** | Line **3.39**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Atlas Global Trade Solutions**<br>**2400 Veterans Memorial Blvd.**<br>**Suite 300**<br>**Kenner, LA 70062** | Line **3.66**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Beckman Coulter**<br>**Department CH 10164**<br>**Palatine, IL 60055** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Chevron/ Texaco Business Card**<br>**POB 921729**<br>**Norcross, GA 30010** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Entergy**<br>**PO Box 8108**<br>**Baton Rouge, LA 70891** | Line **3.33**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Forest Cressey Law Group**<br>**365 Canal Street, Suite 1475**<br>**New Orleans, LA 70130** | Line **3.81**<br>☐ Not listed. Explain ____ | _ |

Debtor **Protocol Labs Inc.**
       Name

Case number (if known) _____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Liberty Mutual Insurance**<br>**PO BOX 85844**<br>**San Diego, CA 92186** | Line **3.63**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Lighthouse Recruiting**<br>**9204 Eisendhower Drive Suite 100**<br>**Apex, NC 27539** | Line **3.78**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **McKesson Medical**<br>**through counsel Newman Mathis**<br>**433 Metairie Road**<br>**Metairie, LA 70005** | Line **3.67**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **MRS**<br>**1930 Olney Ave**<br>**Cherry Hill, NJ 08003** | Line **3.87**<br>☐ Not listed. Explain ____ | **2226** |
| 4.11 | **Ready Lawfirm**<br>**2103 5th Street**<br>**Meridian, MS 39301** | Line **3.71**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Receivable Collection Services**<br>**170 Jericho Turnpike**<br>**Suite 204**<br>**Floral Park, NY 11010** | Line **3.48**<br>☐ Not listed. Explain ____ | **1201** |
| 4.13 | **SBA**<br>**PO Box 740192**<br>**Atlanta, GA 30374-0192** | Line **3.82**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **SBA**<br>**PO Box 740192**<br>**Atlanta, GA 30374-0192** | Line **3.82**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Southweat Credit**<br>**PO BOX 1280**<br>**Oaks, PA 19456** | Line **3.69**<br>☐ Not listed. Explain ____ | **0572** |
| 4.16 | **Sunrise Credit Services**<br>**PO Box 9100**<br>**Farmingdale, NY 11735** | Line **3.25**<br>☐ Not listed. Explain ____ | **2141** |
| 4.17 | **Williams & Williams**<br>**Counsel for Chevron/Texaco Bus Card**<br>**1612 N.E. Expressway**<br>**Atlanta, GA 30329** | Line **3.26**<br>☐ Not listed. Explain ____ | **7044** |
| 4.18 | **Wyman E. Bankston**<br>**13922 Florida Blvd**<br>**Livingston, LA 70754** | Line **3.53**<br>☐ Not listed. Explain ____ | _ |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

**5a. Total claims from Part 1**   5a.   $  **143.85**

Debtor **Protocol Labs Inc.**
       Name

Case number (if known) _____

**5b. Total claims from Part 2**      5b. **+** $    **1,588,809.51**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.      5c.   $    **1,588,953.36**